# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY E. KORNAFEL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-4687** |
| | : | |
| **G. MICHAEL GREEN,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 15th day of October, 2020, upon consideration of Plaintiff Stanley E. Kornafel's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Motion to Dismiss of Defendants Spiros E. Angelos, Christine F. Gannon, and G. Michael Green (ECF No. 4) is **DISMISSED AS MOOT**.

5. The Clerk of Court shall **CLOSE** this case.

            **BY THE COURT:**

            */s/* **C. Darnell Jones, II**
            **C. Darnell Jones, II  J.**